

# NUMBER 13-13-00043-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

WAYNE K. HITE AND
PAUL M. ALLISON,                                          **Appellants,**

**v.**

MICHAEL C. ROTHMANN,                                      **Appellee.**

## On appeal from the 130th District Court
## of Matagorda County, Texas.

# MEMORANDUM OPINION

### Before Justices Garza, Benavides, and Perkes
### Memorandum Opinion Per Curiam

Appellants, Wayne K. Hite and Paul M. Allison, filed an appeal from a judgment entered by the 130th District Court of Matagorda County, Texas, in cause number 11-E-0672. Appellants have filed a motion to voluntarily dismiss the appeal and request that this Court dismiss the appeal.

The Court, having considered the documents on file and appellants' motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellants' motion to dismiss is GRANTED, and the appeal is hereby DISMISSED. Costs will be taxed against appellants. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith. Any pending motions are dismissed as moot.

PER CURIAM

Delivered and filed the
28th day of February, 2013.